UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CONRAD J. DESANTIS,                               Case No.: 15-31017-PGH

    Debtor.                                           Chapter 7
_____/

CORDELL FUNDING, LLLP,

    Plaintiff,

vs.                                                              Adv. No. 16-01239-PGH

CONRAD J. DESANTIS,

    Defendant.
_____/

**AGREED *EX PARTE* MOTION TO EXTEND**
**DEADLINE TO FILE INITIAL DISCLOSURES**

    Plaintiff, Cordell Funding, LLLP ("Cordell") by and through its undersigned counsel and pursuant to Local Rule 7090-1, hereby files this *Agreed Ex Parte Motion to Extend Deadline to File Initial Disclosures* (the "Motion") and in support thereof states the following:

    1.    On May 31, 2016, the Plaintiff filed an Adversary Complaint [ECF No. 1] against Defendant, Conrad J. DeSantis (the "Defendant") objecting to the dischargeability of certain debts pursuant 11 U.S.C. §§ 523(a)(2)(A) and (B).

    2.    A pretrial conference is scheduled for August 2, 2016. See, ECF No. 2. Pursuant to the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 3], initial disclosures required by Fed. R. Civ. P. 26(a)(1) are to be made 30 days before the pretrial conference, or July 1, 2016.

{2041/000/00338116}

3. The Defendant has not yet filed a response to the Complaint, the deposition of the Defendant has not been concluded, and discovery is ongoing.

4. The Plaintiff seeks a 60-day continuation of the deadline to exchange Rule 26 initial disclosures.

5. Counsel for the Defendant has agreed to the relief sought in this Motion.

6. This Motion is filed in good faith and not for purposes of delay.

**WHEREFORE**, the Plaintiff respectfully requests the entry of an Order: i) granting the Motion; ii) continuing the deadline to exchange Rule 26 initial disclosures for 60 days; and vi) granting any such other and further relief as the Court deems necessary and appropriate.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on June 30, 2016.

SHRAIBERG FERRARA LANDAU & PAGE, P.A.
Attorneys for Cordell Funding, LLLP
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@sfl-pa.com


By:   /s/ John Page
     John Page
     Fla. Bar No. 0860581

{2041/000/00338116}                      2