UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CONRAD J. DESANTIS,                                    Case No.: 15-31017-PGH

    Debtor.                                                      Chapter 7
_____/

CORDELL FUNDING, LLLP,

    Plaintiff,

vs.                                                                         Adv. No. 16-01239-PGH

CONRAD J. DESANTIS,

    Defendant.
_____/

## NOTICE TO WITHDRAW DOCUMENT

Plaintiff, Cordell Funding, LLLP ("Cordell") by and through its undersigned counsel, hereby gives notice that it is withdrawing the *Agreed Ex Parte Motion to Extend Deadline to File Initial Disclosures* [ECF No. 8].

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

{2041/000/00338147}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on June 30, 2016.

    SHRAIBERG FERRARA LANDAU & PAGE, P.A.
    Attorneys for Cordell Funding, LLLP
    2385 NW Executive Center Drive, #300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email:  jpage@sfl-pa.com

    By:  /s/ John Page
        John Page
        Fla. Bar No. 0860581