UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CONRAD J. DESANTIS,                                        Case No.: 15-31017-PGH

    Debtor.                                                        Chapter 7
_____/

CORDELL FUNDING, LLLP,

    Plaintiff,

vs.                                                                          Adv. No. 16-01239-PGH

CONRAD J. DESANTIS,

    Defendant.
_____/

**AGREED *EX PARTE* MOTION TO CONTINUE PRETRIAL CONFERENCE
AND EXTEND ALL PRETRIAL AND DISCOVERY DEADLINES**

    Plaintiff, Cordell Funding, LLLP ("Cordell") by and through its undersigned counsel and pursuant to Local Rule 7090-1, hereby files this *Agreed Ex Parte Motion to Continue Pretrial Conference and Extend all Pretrial and Discovery Deadlines* (the "Motion") and in support thereof states the following:

    1.    On May 31, 2016, the Plaintiff filed an Adversary Complaint [ECF No. 1] against Defendant, Conrad J. DeSantis (the "Defendant") objecting to the dischargeability of certain debts pursuant 11 U.S.C. §§ 523(a)(2)(A) and (B).

    2.    Pursuant to the Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 2], the pretrial conference has been set for August 2, 2016.

{2041/000/00338158}

3. On June 1, 2016, the Court entered and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "Pretrial Order") [ECF No. 3].

4. The Defendant has not yet filed a response to the Complaint, the deposition of the Defendant has not been concluded, and discovery is ongoing.

5. The Plaintiff seeks a 90-day continuation of the pretrial conference, and an extension by a similar period of all pretrial and discovery deadlines imposed by the Pretrial Order.

6. Counsel for the Defendant has agreed to the relief sought in this Motion.

7. This Motion is filed in good faith and not for purposes of delay.

**WHEREFORE**, the Plaintiff respectfully requests the entry of an Order: i) granting the Motion; ii) continuing the pretrial conference for 90 days; iii), extending all pretrial and discovery deadlines set in the Pretrial Order by a similar period; and vi) granting any such other and further relief as the Court deems necessary and appropriate.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on June 30, 2016.

[Signature on Following Page]

        SHRAIBERG FERRARA LANDAU & PAGE, P.A.
Attorneys for Cordell Funding, LLLP
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@sfl-pa.com


By: /s/ John Page
    John Page
    Fla. Bar No. 0860581

{2041/000/00338158}    3