UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                Case No. 15-31017-PGH
                                                                      Chapter 7
CONRAD J. DESANTIS,

    Debtor.
_____/

CORDELL FUNDING, LLLP,

    Plaintiff,

v.                                                                    Adv. Pro. No. 16-01239-PGH

CONRAD J. DESANTIS,

    Defendant.
_____/

## REPORT OF SETTLEMENT FACILITATOR

The undersigned settlement facilitator reports to the court as follows:

    A.    A settlement conference was conducted on <u>October 14, 2016.</u>

    B.    The conference resulted in the following:

| | |
|---|---|
| ☒ | Agreement signed (total resolution) |
| ☐ | The parties reached an impasse. |
| ☐ | The parties settled the following issues: |

    ☐    C.    The conference was continued and an additional settlement conference will take place _____ at _____ am/pm.

    ☐    D.    The matter was settled prior to settlement conference.

    ☐    E.    Parties and/or counsel failed to attend and the settlement conference could not be conducted.

<u>Attendance:</u>

Parties and Counsel present:    All required.

Parties and Counsel not present:    None.

Dated: _10-18-2016_         _[signature]_
                                           signature of settlement facilitator

                                           Hon. Erik P. Kimball
                                           print name
                                           1515 North Flagler Drive, 8th Floor
                                           address
                                           West Palm Beach, FL 33401
                                           city, state, zip code

Copies to:
Marc P. Barmat, Esq.

*Marc P. Barmat, Esq. shall serve a copy of this Report on all parties to the settlement conference and shall file a certificate of service of the same.*